UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CAROLYN SCHENK,

              Plaintiff,

      - against -

CITY OF NEW YORK, et al.,

              Defendants.

------------------------------------------------------------X

**ORDER**
08-CV-914 (SLT)(LB)

**BLOOM, United States Magistrate Judge:**

By Order dated November 6, 2010, the Court stayed discovery until plaintiff provided executed medical releases. See docket entry 65. The Court's Order extended plaintiff's time to sign and return the releases to November 30, 2009 and warned plaintiff that if she failed to comply I would recommend that this case should be dismissed. Id. The Court has not been contacted by either party and therefore assumes that plaintiff executed the releases. The Court therefore resets the deadline for the parties to complete all discovery to **May 10, 2010.**

SO ORDERED.

LOIS BLOOM
United States Magistrate Judge

Dated: March 9, 2010
       Brooklyn, New York