UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CAROLYN SCHENK,

**ORDER ADOPTING REPORT AND RECOMMENDATION**
08 CV 914 (SLT)(LB)

      Plaintiff,

-against-

CITY OF NEW YORK, et al.,

      Defendants.
-----------------------------------------------------------x

**TOWNES, United States District Judge:**

  On August 12, 2010, United States Magistrate Judge Lois Bloom issued a Report & Recommendation ("R&R") recommending that this case be dismissed under Fed. R. Civ. P. 37(b)(2)(A)(v), and there has been no objection filed by Plaintiff. A district court is not required to review the factual or legal conclusions of the magistrate judge as to those portions of a report and recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). Nonetheless, when no objections are filed, many courts seek to satisfy themselves "that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b) advisory committee note (1983 Addition); *see also Edwards v. Town of Huntington*, No. 05-CV-339, 2007 WL 2027913, at *2 (E.D.N.Y. July 11, 2007). Although not required to do so, this Court has reviewed the record and is satisfied that there is no clear error. Accordingly, this Court hereby adopts Magistrate Judge Bloom's R&R in its entirety.

Accordingly, this Court accepts and adopts Magistrate Judge Bloom's Report and Recommendation dated August 12, 2010 in its entirety as the opinion of this Court. *See* 28 U.S.C. § 636(b)(1). The complaint is dismissed with prejudice and the Clerk of Court is directed to close this case.

SO ORDERED.

/SANDRA L. TOWNES
United States District Judge

Dated: September 7, 2010
Brooklyn, New York